IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                    Criminal No. 1:86CR10004-001

LESLIE I. ROGGE                                                         DEFENDANT

**ORDER**

Now on this 22nd day of February, 2006, comes on for consideration the proposed findings and recommendations filed herein on February 3, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that Rogge's pending motion should be and is hereby dismissed without prejudice to his refiling the motion, in proper form, in the appropriate federal judicial district.

IT IS SO ORDERED.

                                                     */s/ Harry F. Barnes*
                                                     **HARRY F. BARNES**
                                                    **U.S. DISTRICT JUDGE**